THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 1:23-CR-189 |
| | * | |
| JOHN H. WORTHINGTON, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S WITNESS LIST FOR SENTENCING

At the sentencing hearing for the defendant, John H. Worthington, currently scheduled for November 20, 2023, the United States does not anticipate calling any witnesses. If, however, disputes of fact are raised that cannot be resolved by the evidence submitted to the Court in conjunction with the United States' Sentencing Memorandum, the United States will have IRS-CI Special Agent Andrew Hippler available to testify. Special Agent Hippler is the Government's case agent in this matter and he is familiar with the evidence and underlying facts of the case, including IRS records.

Respectfully submitted,

Erek L. Barron
United States Attorney

David A. Hubbert
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Matthew L. Cofer*
Matthew L. Cofer
Trial Attorney
Jorge Almonte
Assistant Chief
U.S. Department of Justice, Tax Division
Sean R. Delaney
Assistant United States Attorney

## CERTIFICATE OF SERVICE

     I hereby certify that on November 6, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record for the defendant.

                                                  */s/ Matthew L. Cofer*
                                                  Matthew L. Cofer
                                                  Trial Attorney